# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 22, 2023

**BY ECF**

Duty Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED

[signature] 11/22/23
Barbara Moses, U.S.M.J.

Extension granted
through 12/11/23.

Re: **United States v. Isaac Briggs, III**
    **23-MJ-7107 (UA)**

Dear Magistrate Judge:

  Isaac Briggs, III, through undersigned counsel, respectfully requests an extension of time to complete the conditions of his bond. Specifically, Mr. Briggs requests a two-week extension to complete the condition requiring him to post a $200,000 secured bond through real property. Currently, that condition is required to be completed by Monday, November 27, 2023. However, undersigned counsel's office is still in the process of acquiring the requisite documents to file a confession of judgment in state court. Moreover, an extension of time is needed due to holiday closures. Accordingly, Mr. Briggs asks that the Court extend the deadline for him to post a $200,000 secured bond until Monday, December 11, 2023.

  Undersigned counsel has conferred with the government about this request. The government has no objection to a two-week extension.

Respectfully Submitted,

Kristoff I. Williams
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8791